# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

## CIVIL NO. 1:07CV62-3-T
## [1:05CR2-T]

| | |
|---|---|
| **FRANCISCO SANCHEZ MONTERO,** ) ) Petitioner, ) ) v. ) ) **UNITED STATES OF AMERICA,** ) ) Respondent. ) _____ ) | **J U D G M E N T** |

For the reasons set forth in the Memorandum and Order filed herewith,

**IT IS, THEREFORE, ORDERED, ADJUDGED, AND DECREED** that the Petitioner's motion to vacate, set aside, or correct judgment pursuant to 28 U.S.C. § 2255 is **DENIED**, and this matter is hereby **DISMISSED WITH PREJUDICE** in its entirety.

Petitioner is hereby placed on notice that no future motion pursuant to 28 U.S.C. § 2255 may be filed absent permission from the United States Fourth Circuit Court of Appeals.

Signed: May 15, 2007

Lacy H. Thornburg
United States District Judge